**Law Offices of**
**Andrew P. Saulitis P.C.**
555 Madison Avenue
New York, New York 10022
———
(212) 459-0900

July 27, 2011

**BY ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Kan Trading Ltd. v. Connoisseur Int'l Distrib., Inc.*
No. CV 10-4774 (JG) (RML)

Dear Judge Levy:

    We are attorneys for the defendants.

    We write to request, on consent, adjournment of the discovery status conference scheduled for July 29, 2011 at 2:30 p.m. to the morning of **August 4, 2011**.

    The reason for this adjournment is that I will be traveling out of state from July 28 through August 3.

    I have conferred with opposing counsel, Peter Jakab, Esq., and the requested new date is the first available for both of us, and it also to coincide with a pre-motion conference before Judge Gleeson in this case that is being rescheduled to the same date.

    Thank you for your consideration.

                                              Respectfully yours,

                                              Andrew P. Saulitis

APS/wpd

c:    Peter Jakab, Esq., Fein & Jakab (via email)